# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**NARCISSE J. PARKER,** )<br>)<br>**Defendant.** ) | **8:06CR139**<br><br>**ORDER** |

This matter is before the court on the government's motion to continue the trial of this matter (Filing No. 14). Additional time is required to complete DNA testing, and counsel for defendant requires additional time to prepare for trial. Government's counsel represents that counsel for defendant Narcisse J. Parker (Parker) has no objection to the motion. Parker's counsel represents that Parker will submit an affidavit whereby Parker consents to the motion and acknowledge she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 14) is granted.

2. Trial of this matter is re-scheduled for **August 14, 2006,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 9, 2006 and August 14, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge